UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CR-79-1D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RANDOLPH JAMES CAMPBELL | ORDER |

This matter having come before the Court by motion of the Office of the Federal Public Defender to continue the sentencing hearing of the Defendant, and for good cause shown, it is hereby ORDERED that the sentencing shall be continued until April, 2011.

This Court finds the ends of justice served by granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h).

IT IS SO ORDERED.

This 15 day of February, 2011.

JAMES C. DEVER III
United States District Judge