UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO.7:10-CR-79-1D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RANDOLPH JAMES CAMPBELL | **ORDER TO SEAL** |

On motion of the Defendant, Randolph James Campbell, and for good cause shown, it is hereby ORDERED that the [DE#36] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This 25 day of May 2011.

JAMES C. DEVER, III
United States District Judge