IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:10-CR-79-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RANDOLPH JAMES CAMPBELL, ) | |
| ) | |
| Defendant. ) | |

The United States shall file a response to defendant's motion for a sentence reduction [D.E. 67]. The response is due not later than May 31, 2018.

SO ORDERED. This _8_ day of May 2018.

JAMES C. DEVER III
Chief United States District Judge