UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-cr-79-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | |
| RANDOLPH JAMES CAMPBELL | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 75 and its accompanying order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant.

This the 7 day of June, 2018.

JAMES C. DEVER III
Chief United States District Judge